FILED
CLERK, U.S. DISTRICT COURT
11/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00540-AB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |
| DONNY KADOKAWA, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

On or about February 1, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant DONNY KADOKAWA willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for calendar year 2018, which was filed with the Internal Revenue Service and verified by a written declaration that it was made under the penalties of perjury, and which income tax return defendant KADOKAWA did not believe to be true as to every material matter, in that, on such Form 1040, defendant KADOKAWA reported on line 6 that his total income for calendar year 2018 was -$26,913, when, as defendant KADOKAWA then

knew, his total income for that year was substantially higher than he reported.

COUNT TWO

[26 U.S.C. § 7206(1)]

On or about February 21, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant DONNY KADOKAWA willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for calendar year 2019, which was filed with the Internal Revenue Service and verified by a written declaration that it was made under the penalties of perjury, and which income tax return defendant KADOKAWA did not believe to be true as to every material matter, in that, on such Form 1040, defendant KADOKAWA reported on line 7b that his total income for calendar year 2019 was -$18,249, when, as defendant KADOKAWA then knew, his total income for that year was substantially higher than he reported.

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ALEXANDER B. SCHWAB
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section