```
                                                    FILED
                                            CLERK, U.S. DISTRICT COURT

                                               11/16/2022

                                            CENTRAL DISTRICT OF CALIFORNIA
                                            BY: ___JB___ DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 PLAINTIFF<br><br>    v.<br><br>DONNY KADOKAWA,<br><br>                 DEFENDANT(S) | CASE NUMBER<br><br>CR No.  2:22-cr-00540-AB<br><br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Wayne Nix, et al.</u>, Case No. CR 22-80-DMG, which:

   __X__    was previously assigned to the Honorable Dolly M, Gee;

   _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: November 16, 2022

                                                                              */s/ Jeff P. Mitchell*
                                                                       JEFF MITCHELL
                                                                       Assistant United States Attorney