```
E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
11/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CB___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
11/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:22-cr-00540-AB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DONNY KADOKAWA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's _ex parte_ application for sealed filing is GRANTED. The document sought to be filed under seal and the government's _ex parte_ application for sealed filing shall both be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

November 21, 2022                                    /s/ [signature]
_____              _____
DATE                                 HONORABLE
                                     UNITED STATES DISTRICT JUDGE

1  **IN CASE OF DENIAL:**

2  ~~The government's application for sealed filing is DENIED. The~~
3  ~~sealing application will be not filed but shall be returned to the~~
4  ~~government.  The underlying document, however, shall be filed.~~

7  ~~DATE~~                              ~~HONORABLE~~
                                         ~~UNITED STATES DISTRICT JUDGE~~

8  Presented by:

9  */s/ Jeff Mitchell*
10  JEFF MITCHELL
   Assistant United States Attorney