UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page **1** of **1**

| Case No. | CR 22-540-DMG | Date | December 14, 2022 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Kathy Stride | Jeff P. Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Donny Kadokawa | ✓ | | ✓ | Edwin Prather | ✓ | | ✓ |

**Proceedings:  GUILTY PLEA HEARING**

X   Defendant is sworn and waiver of Defendant's Constitutional Rights is taken.  Defense counsel joins in waiver of Defendant's Constitutional Rights.

X   Defendant enters a plea of **GUILTY** to **Counts 1 and 2 of the Information**.

X   The Court questions Defendant regarding plea of GUILTY, and finds a factual and legal basis for the plea, the plea is free of any coercive influence, and the plea is voluntarily made with full knowledge of the charges against Defendant and the consequences of the plea; that, aside from the written Plea Agreement, there have been no promises of any kind made to Defendant by anyone and no threats or coercion have been exerted upon Defendant in any manner.  The Court ORDERS the plea accepted and entered.

X   The Court refers Defendant to the Probation Office for a pre-sentence report and continues the matter to **April 12, 2023 at 3:00 p.m.** for sentencing.  **Defendant is ordered to appear.  Bail to stand.**

X   Other:  **Counsel shall comply with the Federal Rules of Criminal Procedure.  The Government's Sentencing Position is due at least two weeks prior to the sentencing date.  Defendant's Sentencing Position is due at least one week before the sentencing date.  If there are no position papers, counsel are directed to file a notice of non-opposition**.  **Late filing of position papers, other than letters of support, may cause a postponement of the sentencing hearing.**

:30

cc:   USPO

---

| CR-08 | **CHANGE OF PLEA MINUTE ORDER** | Initials of Deputy Clerk KT |
|---|---|---|