**FILED**
CLERK, U.S. DISTRICT COURT

Feb 8, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-540-DMG |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING FOR DEFENDANT DONNY KADOKAWA [18] |
| v. | |
| DONNY KADOKAWA, | |
| Defendant. | |

The Court has read and considered the Stipulation to Continue Sentencing Date for defendant DONNY KADOKAWA filed by the parties in this matter on February 7, 2023.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing date in this matter is continued from April 12, 2023 to **July 12, 2023 at 11:00 a.m.**

IT IS SO ORDERED.

February 8, 2023
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE