```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                May 8, 2023

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      KT       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-540-DMG |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT [23] |
| v. | |
| DONNY KADOKAWA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. The document sought to be filed under seal and the government's ex parte application for sealed filing shall both be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

IT IS SO ORDERED.

May 8, 2023
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE