**FILED**
CLERK, U.S. DISTRICT COURT

May 8, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DONNY KADOKAWA,<br><br>　　　　Defendant. | No. CR 22-00540-DMG<br><br>ORDER CONTINUING SENTENCING FOR DEFENDANT DONNY KADOKAWA [23] |

　　　The Court has read and considered the Stipulation to Continue Sentencing Date for defendant DONNY KADOKAWA filed by the parties in this matter on May 8, 2023.

　　　THEREFORE, FOR GOOD CAUSE SHOWN:

　　　The sentencing date in this matter is continued from July 12, 2023 to **September 27, 2023 at 11:00 a.m.**

　　　IT IS SO ORDERED.

May 8, 2023
DATE

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE