```
                    FILED
            CLERK, U.S. DISTRICT COURT

                 Jul 12, 2023

          CENTRAL DISTRICT OF CALIFORNIA
          BY:      KT        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-540-DMG |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING FOR DEFENDANT DONNY KADOKAWA [28] |
| v. | |
| DONNY KADOKAWA, | |
| Defendant. | |

The Court has read and considered the parties' Stipulation to Continue Sentencing Date for defendant DONNY KADOKAWA, filed on July 10, 2023.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing date in this matter is continued from September 27, 2023 to **February 28, 2024 at 3:00 p.m.**

IT IS SO ORDERED.

July 12, 2023
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE